# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| John  Anson Lewis,<br>*Petitioner*<br><br>v.<br><br>Hays County Jail,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **1:26-CV-00319-RP-SH** |

## ORDER

Before the Court is Petitioner John Anson Lewis' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. 1), filed February 9, 2026.[1]

A petitioner filing a writ of habeas corpus under 28 U.S.C. § 2241 must (1) either pay the $5.00 filing fee applicable to habeas cases, 28 U.S.C. § 1914(a); or (2) file an application to proceed *in forma pauperis*, a financial affidavit, and "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). Petitioner, who is appearing *pro se*, has failed to pay the filing fee or file an application to proceed *in forma pauperis*.

It is therefore **ORDERED** that the Clerk shall forward an application to proceed *in forma pauperis* to Petitioner and that Petitioner must submit to the Court by **March 13, 2026** either the filing fee of $5.00 or a completed application to proceed *in forma pauperis*, financial affidavit, and certified copy of his trust fund account statement. Failure to comply with this order by the deadline will result in the dismissal of this

---

[1] The District Court referred this case to this Magistrate Judge for disposition of all non-dispositive motions and report and recommendation on all case dispositive motions, pursuant to 28 U.S.C. § 636(b)(1), Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and the District Court's Standing Order on referrals to United States Magistrate Judges. Dkt. 2.

case for want of prosecution and failure to comply with a court order, pursuant to Federal Rule of Civil Procedure 41(b).

 **SIGNED** on February 13, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2