IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN ANSON LEWIS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-319-RP |
| | § | |
| HAYS COUNTY JAIL, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is Petitioner John Anson Lewis's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Dkt. 1). The case was referred to United States Magistrate Judge Susan Hightower for findings and recommendations, pursuant to 28 U.S.C. § 636(b). Judge Hightower filed her Report and Recommendation on March 5, 2026. (Dkt. 6). In her report and recommendation, Judge Hightower recommends that the Court dismiss without prejudice Petitioner's Petition for Writ of Habeas Corpus because the Court should abstain from reviewing his petition until the state courts have been given an opportunity to adjudicate his claims. (*Id.* at 3). Petitioner received the Report and Recommendation no later than March 30, 2026. (Dkt. 13). As of the date of this order, Petitioner has not filed any objections to the Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

1

Because no party has filed timely objections, the Court reviews the Report and Recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the Report and Recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 6), is **ADOPTED**. **IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction premised on failure to exhaust and the abstention doctrine.

**SIGNED** on April 27, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2